1032

No. 76–673. CAZARES ET AL. v. INDIANA ET AL. Appeal from C. A. 7th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–5414. POWELL v. CALIFORNIA. Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–5484. IN RE ADOPTION OF R. I. Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–5620. ESLINGER v. BATES, DIRECTOR, DEPARTMENT OF PUBLIC WELFARE OF OHIO. Appeal from Ct. App. Ohio, Franklin County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–5767. SMEEKENS v. MICHIGAN STATE BAR GRIEVANCE BOARD. Appeal from Sup. Ct. Mich. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for certiorari, certiorari denied.

No. 76–627. CABLE-VISION, INC., ET AL. v. FREEMAN ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 76–660. HUMANE SOCIETY OF THE UNITED STATES, NEW JERSEY BRANCH, INC., ET AL. v. NEW JERSEY FISH AND GAME COUNCIL ET AL. Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.